IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JAMMIE MAURICE WEST, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 5:17-CV-89 (MTT) |
| Warden FREDERICK HEAD, *et. al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

After screening Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, Magistrate Judge Charles H. Weigle allowed Plaintiff's Eighth Amendment claim against Defendant Warden to proceed for further factual development and recommends dismissing without prejudice Defendant GEO Corporation from the present case. Doc. 8 at 13. The Magistrate Judge also recommends dismissing with prejudice Plaintiff's claim that the conditions in Riverbend Correctional Facility violate OSHA's laws and regulations, because Plaintiff lacks standing. *Id.* at 7. Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, Plaintiff's claim that the conditions in Riverbend Correctional Facility violate OSHA's laws and regulations is **DISMISSED with prejudice**. Defendant GEO Corporation is also **DISMISSED without prejudice**.

**SO ORDERED,** this 22nd day of December, 2017.

S/ Marc T. Treadwell  
MARC T. TREADWELL, JUDGE  
UNITED STATES DISTRICT COURT