IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMMIE MAURICE WEST, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-89 (MTT) |
| Warden FREDERICK HEAD, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends granting the Defendant's motion to dismiss the Plaintiff's Eighth Amendment claim for failure to exhaust administrative remedies. Doc. 18 at 1. The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Defendant's motion to dismiss (Doc. 14) is **GRANTED**, and the Plaintiff's Eighth Amendment claim is **DISMISSED without prejudice**.

**SO ORDERED,** this 10th day of May, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT